IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TILLIE PIGNATELLI | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| BLATT, HASENMILLER, LEIBSKER, & MOORE, LLC | : | No. 09-3561 |
| | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Wednesday, September 1, 2010. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE *JAMES A. BYRNE U.S. COURTHOUSE*, 601 MARKET STREET, PHILADELPHIA, PA 19106. PLEASE REPORT TO *ROOM 2609* FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

                                                                                    Michael E. Kunz
                                                                                   Clerk of Court


                                                                                   By:  s/Jesse Bruck
                                                                                   Jesse Bruck
                                                                                   Deputy Clerk
                                                                                   Phone: 267-299-7071

Date:         April 6, 2010

Copies:     Thomas McCann, Courtroom Deputy to Judge William H. Yohn, Jr.
                Docket Clerk - Case File

                Counsel:       David A. Searles, Esq.
                                    David L. Hartsell, Esq.
                                    Brian K. Parker, Esq.

ARB2.FRM